# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132279

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY CIPRIANO,
        Plaintiff-Appellee,

v

                                   SC: 132279
                                   COA: 259818
                                   Macomb CC: 1991-004641-DO

SALVATORE CIPRIANO,
        Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 5, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

s1218

Clerk